# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-11972-ELF

MALCOLM G TINSLEY

3230 W. OXFORD STREET
PO BOX 43092
PHILADELPHIA, PA 19121

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MALCOLM G TINSLEY

3230 W. OXFORD STREET
PO BOX 43092
PHILADELPHIA, PA 19121

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF, ESQ.
1333 RACE STREET

PHILADELPHIA, PA 19107-

Date: 10/25/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee