# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 18-11972-ELF

MALCOLM G TINSLEY

3230 W. OXFORD STREET
PO BOX 43092
PHILADELPHIA, PA 19121

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

MALCOLM G TINSLEY

3230 W. OXFORD STREET
PO BOX 43092
PHILADELPHIA, PA 19121

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF, ESQ.
315 NORTH 12TH STREET
STE #204
PHILADELPHIA, PA 19107-

/S/ Kenneth E. West

Date: 1/19/2023

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee