United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Malcolm G. Tinsley  
    Debtor

Case No. 18-11972-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 03, 2023      Form ID: 167      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Malcolm G. Tinsley, 3230 W. Oxford Street, P.O. Box 43092, Philadelphia, PA 19129-3092 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Mar 04 2023 00:18:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, RAS CITRON, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 04 2023 00:18:00 | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:**

**Name**      **Email Address**

ANTONIO G. BONANNI  
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele  
    abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

BRANDON J PERLOFF

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 167 | Total Noticed: 3 |

    on behalf of Debtor Malcolm G. Tinsley bperloff@perlofflaw.com
    kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as indenture Trustee
    bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley
    ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele
    dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

HEATHER STACEY RILOFF
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),
    logsecf@logs.com, Michelle@mvrlaw.com

KARINA VELTER
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley
    ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele kvelter@pincuslaw.com,
    brausch@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

RICHARD JOSEPH NALBANDIAN
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. rnalbandian@eckertseamans.com,
    pkellogg@eckertseamans.com

SARAH K. MCCAFFERY
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley
    ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele ckohn@hoflawgroup.com

STEPHEN M HLADIK
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley
    ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele shladik@hoflawgroup.com,
    ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Malcolm G. Tinsley
    Debtor(s)

Case No: 18–11972–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion to Dismiss Case for Failure to Make Plan Payments Filed by KENNETH E. WEST Represented by KENNETH E. WEST

    on: 4/6/23

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/23

Timothy B. McGrath
Clerk of Court

65 – 61
Form 167