**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Malcolm G. Tinsley | : | |
| Debtor | : | BANKRUPTCY NO.: 18-11972-elf |

## CERTIFICATE OF SERVICE

I, Brandon Perloff, Esquire, do hereby certify that true and correct copies of the Debtor's Motion for Exemption of Requirement to Complete Financial Management Course and Domestic Support Obligation and Section 522(q) Certification have been served upon the following interested parties via ECF electronic mail or First class mail on this 25th day of March, 2023

ANTONIO G. BONANNI on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele
abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

KARINA VELTER on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele
kvelter@pincuslaw.com, bankruptcy@powerskirn.com

RICHARD JOSEPH NALBANDIAN on behalf of Creditor SELECT PORTFOLIO SERVICING, INC.
rnalbandian@eckertseamans.com, pkellogg@eckertseamans.com

BRIAN CRAIG NICHOLAS on behalf of Creditor Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as indenture Trustee
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

HEATHER STACEY RILOFF on behalf of Creditor Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),
logsecf@logs.com, Michelle@mvrlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128

Date: 3/25/2025

Respectfully submitted,

/s/ Brandon Perloff
Brandon Perloff, Esq.
bperloff@perlofflaw.com
215-287-4231