IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| MALCOLM G. TINSLEY | : | |
| DEBTOR | : | BKY NO.: 18-11972-MDC |
| | : | |

# CERTIFICATION OF NO RESPONSE
## TO MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE AND DOMESTIC SUPPORT OBLIGATION AND SECTION 522(q) CERTIFICATION

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that the MOTION FOR EXEMPTION Document # 67, filed on 3/25/2023, was served on all interested parties on 3/25/2023, and I have not received any Objections or Responses to said Motion.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Respectfully submitted,

Date:  April 24, 2023

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire