United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-11972-mdc

Malcolm G. Tinsley     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 25, 2023     Form ID: 138OBJ     Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Malcolm G. Tinsley, 3230 W. Oxford Street, P.O. Box 43092, Philadelphia, PA 19129-3092 |
| 14742617 | + | Deutsche Bank National Trust Company, Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454 smccaffery@hoflawgroup.com 19454-4156 |
| 14079038 | + | Green Dot Bank/cws, 840 Route 33, Mercerville, NJ 08619-4413 |
| 14079039 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14725335 | | Select Portfolio Servicing, Inc., C/O Richard J. Nalbandian, Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 22nd Floor, Philadelphia, PA 19102 |
| 14079042 | + | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |
| 14117019 | + | Seterus, Inc. as the authorized subservicer for Fe, Post Office Box 1047, Hartford, CT 06143-1047 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14199762 | + | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14079036 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2023 23:54:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14079037 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2023 23:54:45 | Credit One Bank, ATTN: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14116937 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2023 23:49:00 | Deutsche Bank National Trust Company et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14115505 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2023 23:54:45 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14113602 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2023 23:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14340250 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 25 2023 23:49:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14088413 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14079040 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2023 23:54:54 | Project/gemb, PO Box 103104, Roswell, GA 30076-9104 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 138OBJ | Total Noticed: 21 |

| 14079041 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 25 2023 23:49:00 | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14430204 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 25 2023 23:49:00 | Towd Point Mortgage Trust 2019-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14476713 | ^ | MEBN | | |
| | | | Apr 25 2023 23:46:54 | Towd Point Mortgage Trust 2019-4, U.S. Bank Nation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14192539 | | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Apr 25 2023 23:49:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRANDON J PERLOFF | on behalf of Debtor Malcolm G. Tinsley bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), logsecf@logs.com, Michelle@mvrlaw.com |
| KARINA VELTER | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 138OBJ | Total Noticed: 21 |

    ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele kvelter@pincuslaw.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

RICHARD JOSEPH NALBANDIAN
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. rnalbandian@eckertseamans.com, pkellogg@eckertseamans.com

SARAH K. MCCAFFERY
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele ckohn@hoflawgroup.com

STEPHEN M HLADIK
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Malcolm G. Tinsley
       Debtor(s)                                    Case No: 18−11972−mdc
                                                                    Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/25/23