United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11972-mdc |
| Malcolm G. Tinsley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 26, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Malcolm G. Tinsley, 3230 W. Oxford Street, P.O. Box 43092, Philadelphia, PA 19129-3092 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023                                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRANDON J PERLOFF | on behalf of Debtor Malcolm G. Tinsley bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 26, 2023 | Form ID: 195 | Total Noticed: 1 |

HEATHER STACEY RILOFF
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), logsecf@logs.com

KARINA VELTER
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as indenture Trustee mfarrington@kmllawgroup.com

RICHARD JOSEPH NALBANDIAN
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. rnalbandian@eckertseamans.com, pkellogg@eckertseamans.com

SARAH K. MCCAFFERY
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele ckohn@hoflawgroup.com

STEPHEN M HLADIK
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2 c/o Sele shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Malcolm G. Tinsley                                       : Case No. 18−11972−mdc

    Debtor(s)

## ORDER
_____

AND NOW, this day , July 26, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

88
Form 195